# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ANDREW KASAIJA AND WIFE YVONNE KASAIJA, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., FORMERLY KNOWN AS BAC HOME LOANS SERVICING, LP AND U.S. BANK, NATIONAL ASSOCIATION, <br><br> Defendants. | Civil Action No. 3:13-cv-231 |

## ORDER

Upon consideration of the Motion to Stay the Case of Defendants Bank of America, N.A. and U.S. Bank, National Association (collectively, "Defendants"), and, with the consent of Plaintiffs Andrew Kasaija and Yvonne Kasaija ("Plaintiffs"), through counsel;

IT IS NOW ORDERED that the above-captioned case be stayed until the Superior Court of North Carolina, County of Union, issues a ruling upon the appeal of the currently pending special proceeding (12 SP 0413); and it is further

ORDERED that Defendants be and are hereby granted additional time within which to Answer the Complaint or otherwise plead, up to and including a date 21 days from any such ruling by the Superior Court of North Carolina, County of Union.

Signed: April 24, 2013

_Graham C. Mullen_
Graham C. Mullen
United States District Judge